CC: ADR

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MACY'S, INC., a Delaware Corporation; NOTATIONS, INC d/b/a ELEMENTZ, a Pennsylvania Corporation; and DOES 1-20, inclusive,<br><br>　　　　Defendants. | Case No: 2:15-cv-00661-AB-E<br><br>**ORDER RE: STIPULATION FOR EXTENSION OF THE MEDIATION DEADLINE** |

**ORDER**

The parties having so stipulated and agreed, it is hereby SO ORDERED. The Mediation Deadline is hereby extended to January 29, 2016.

Dated: December 14, 2015

_____
The Honorable André Birotte Jr.
U.S. District Court Judge