UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., a California Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>MACY'S, INC., a Delaware Corporation; NOTATIONS, INC. d/b/a ELEMENTZ, a Pennsylvania Corporation; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 2:15-cv-00661-AB-E<br><br>**ORDER ON PLAINTIFF'S APPLICATION TO FILE EXHIBIT 5 TO JEONG DECLARATION UNDER SEAL**<br><br>Date:       December 14, 2015<br>Time:       10:00 a.m.<br>Courtroom: 4 - Second Floor<br>Judge:      Hon. Andrè Birotte Jr. |

# ORDER

Plaintiff UNICOLORS, Inc. ("Plaintiff") has moved this Court for an order granting Plaintiff's application to file Exhibit 5 to the Declaration of Chan Yong Jeong under seal.

After full consideration of Plaintiff's application, the Court orders that Exhibit 5 to the Declaration of Chan Yong Jeong be filed under seal.

**IT IS SO ORDERED**

Dated: December 21, 2015  _____
Hon. Andrè Birotte Jr.

~~After full consideration of Plaintiff's application, the Court denies Plaintiff's application to file Exhibit 5 to the Declaration of Chan Yong Jeong be filed under seal. Plaintiff's counsel shall publicly file the document(s), if the party wants the Court to consider the document(s).~~

~~The Clerk shall destroy the chambers copy of the document(s).~~

~~**IT IS SO ORDERED**~~

~~Dated:~~ _____
~~Hon. Andrè Birotte Jr.~~