JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Unicolors, Inc.<br><br>             Plaintiff,<br><br>v.<br><br>Macy's, Inc. et al<br><br>             Defendants. | Case No.  CV 15-00661-AB (Ex)<br><br><br>ORDER DISMISSING CIVIL ACTION |

THE COURT having been advised by counsel that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within **45 days,** to re-open the action if settlement is not consummated.  This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.


Dated:  February 11, 2016                    _____

                                             HONORABLE ANDRÉ BIROTTE JR.
                                             UNITED STATES DISTRICT COURT JUDGE